# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2738
Lower Tribunal No. 2023-CA-000193

_____

KENDRA E. ELLIOT, MARY F. STRAIN, and C.W.C., a minor, and R.L.M., a minor,

Appellants,

v.

NONNA SOKHOVITSKY and MIKHAIL SOKHOVITSKY,

Appellees.

_____

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

February 24, 2026

PER CURIAM.

AFFIRMED.

WHITE, SMITH and GANNAM, JJ., concur.


Matthew J. Militzok, of Militzok & Associates, P.A., d/b/a The Mold Lawyers, Plantation, for Appellants.

Caryn L. Bellus and Benjamin Carter, of Kubicki Draper, P.A., Miami, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED